**THARPE & HOWELL**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221
(818) 205-9955; (818) 205-9944 Fax

ROBERT M. FREEDMAN, ESQ.; STATE BAR NO.: 139563
PETER S. BAUMAN, ESQ.; STATE BAR NO.: 228306
AARON R. GOLDSTEIN, ESQ.; STATE BAR NO.: 239423

Attorneys for Defendants,
    COMPETENT BUILDERS, CORP., a California corporation; MICHAEL and JANE PLOTITSA, individuals; EDWARD and LUDMILA BREYBURG, individuals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICAN, a Connecticut corporation, as successor-in-interest to United Pacific Insurance Company,<br><br>    Plaintiff(s),<br><br>v.<br><br>COMPETENT BUILDERS CORP., A California corporation, MICHAEL PLOTITSA, an individual, JANE PLOTITSA, an individual, EDWARD BREYBURG, an individual LUDMILA BREYBURG, an individual,<br><br>    Defendant(s). | CASE NO.: C 06 5687 MHP<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST RESPOND TO PLAINTIFF'S COMPLAINT AND TO CORRECT NAME OF CORPORATE DEFENDANT** |

    Pursuant to United States District Court, Northern District of California, Civil Local Rules 6-1(a), and 5, Travelers Casualty and Surety Company of America, as successor-in-interest to United Pacific Insurance Company, (hereinafter referred to as "Plaintiff"), Competent Builders, Corporation (erroneously sued and served as Competent Builders, Inc.), Michael Plotitsa, Jane Plotitsa, Edward Breyburg, and Ludmilla Breyburg, (hereinafter collectively referred to as "Defendants"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff served Defendants Competent and Edward and Ludmilla Breyberg with Plaintiff's Complaint for Breach of Indemnity Agreement, Statutory Reimbursement, Equitable Indemnity, Money Paid, Exoneration, and Quia Timet, (hereinafter, "Complaint") in this Federal action on October 5, 2006.

WHEREAS, Plaintiff served Defendants Michael and Jane Plotitisa with Plaintiff's Complaint for Breach of Indemnity Agreement, Statutory Reimbursement, Equitable Indemnity, Money Paid, Exoneration, and Quia Timet, (hereinafter, "Complaint") in this Federal action on November 1, 2006.

WHEREAS, Defendants are investigating the allegations set forth in the Complaint with the assistance of their counsel in order to prepare an appropriate response.

IT IS HEREBY STIPULATED AND AGREED that:

1. Defendants' time to answer or otherwise respond to the Plaintiff's Complaint, either by answer or motion, is extended to and including December 1, 2006.
2. Nothing contained in this Stipulation shall in any way limit or waive any of Defendants' defenses to the Complaint.
3. Nothing contained herein shall be construed to prevent Defendant's from requesting a jury trial under Federal Rules of Civil Procedure section 38 and Federal Rules of Civil Procedure section 7(a).
4. The signing and filing of this Stipulation is not intended to, and shall not be deemed or argued to, constitute a general appearance by Defendants in this matter.

///
///
///
///
///

**STIPULATION**

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

11/27/2006 Case 3:06-cv-05687-MHP Document 3 Filed 12/01/2006 Page 3 of 3 ☒003/003
Case 3:06-cv-05687-MHP Document 6 Filed 12/11/06 Page 3 of 3

11-27-06 11:26 From-tharpe & howell +818-205-9944 T-196 P.005/005 F-349

5. All references to "Competent Builders, Inc." and "Competent" in the Complaint shall mean and refer to Competent Builders Corp. In addition, the name of the first defendant in the caption of all papers filed in this matter hereafter shall be Competent Builders Corp. and not Competent Builders, Inc.

DATED: November 27, 2006     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
James P. Diwik, Esq.
Joel M. Long, Esq.
Attorneys for Travelers Casualty and Surety Company of American, as successor-in-interest to United Pacific Insurance Company

DATED: November 27, 2006     THARPE & HOWELL

By: _____
Robert M. Freedman, Esq.
Peter S. Bauman, Esq.
Attorneys for Defendants,
COMPETENT BUILDERS, CORP., a California corporation; MICHAEL and JANE PLOTITSA, individuals; EDWARD and LUDMILA BREYBURG, individuals

G:\Data\CD Files\19302\FEDERAL CASE-Surety\Pleadings\Stip to Answer to 12-01-06.wpd

Dated: 12/5/06

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

-3-

**STIPULATION**