1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

10

**United States District Court**
For the Northern District of California

11   TRAVELERS CASUALTY AND SURETY                No. C 06-5687  MHP
     COMPANY OF AMERICA,

12                                                **ORDER**
                    Plaintiff(s),                 **(Additional Ninety-Day Conditional**
13                                                **Dismissal)**

       v.
14
     COMPETENT BUILDERS CORP., et al,
15
                    Defendant(s).
16   _____/

17
        The parties hereto, by their counsel, having advised the Court that they have agreed to a
18
     settlement of this action.
19
            IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided,
20
     however, that if any party hereto shall certify to this Court, with a proof of service of a copy on
21
     opposing counsel, within 90 days from the date hereof, that the agreed consideration for the
22
     settlement has not been delivered over, this Order shall stand vacated, and the action shall be
23
     restored to the calendar to be set for trial.
24

25

     Dated: 8/20/2008
26                                               _____
                                                 MARILYN HALL PATEL
27                                               United States District Court Judge

28