1 SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES P. DIWIK (Bar No. 164016)
2 JOEL M. LONG (Bar No. 226061)
One Market Plaza
3 Steuart Tower, 8th Floor
San Francisco, California 94105
4 Telephone: (415) 781-7900
Facsimile: (415) 781-2635
5
Attorneys for Plaintiff
6 Travelers Casualty and Surety Company of America

7 THARPE & HOWELL
ROBERT M. FREEDMAN (Bar No. 139563)
8 PETER S. BAUMAN (Bar No. 228306)
15250 Ventura Boulevard, 9th Floor
9 Sherman Oaks, California 91403
Telephone: (818) 205-9955
10 Facsimile: (818) 205-9944

11 Attorneys for Defendants
Competent Builders Corp., Michael Plotitsa,
12 Jane Plotitsa, Edward Breyburg and Ludmila Breyburg

13

14                   UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 TRAVELERS CASUALTY AND                | CASE NO. C 06-5687 MHP
   SURETY COMPANY OF AMERICA,            |
18                                        | **STIPULATION FOR DISMISSAL**
              Plaintiff,                  |
19                                        |
         v.                               |
20                                        |
   COMPETENT BUILDERS CORP., et al.,     |
21                                        |
              Defendants.                 |
22

23        Having reached a settlement of the above-captioned action, the parties hereby stipulate to

24 dismiss this entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

25 Civil Procedure. Each party shall bear his, her or its attorney's fees and costs.

26 ///

27 ///

28 ///

| | | |
|---|---|---|
| 1 | DATED:  November 21, 2008 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Joel M. Long<br>Joel M. Long<br>Attorneys for Plaintiff |
| 5 | | Travelers Casualty and Surety Company of America |
| 6 | | |
| 7 | DATED:  November 21, 2008 | THARPE & HOWELL |
| 8 | | |
| 9 | | |
| 10 | | By:  /s/ Peter S. Bauman<br>Peter S. Bauman<br>Attorneys for Defendants |
| 11 | | Competent Builders Corp., Michael Plotitsa, Jane Plotitsa, Edward Breyburg, and Ludmila Breyburg |

**SIGNATURE ATTESTATION**

I, Joel M. Long, counsel for plaintiff, attest that concurrence in the filing of this document has been obtained from Peter S. Bauman, Esq., counsel for defendants.

By:  /s/ Joel M. Long
Joel M. Long
Attorneys for Plaintiff
Travelers Casualty and Surety Company of America

**IT IS SO ORDERED**

/s/ Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA